IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SURF MOORE**                                                                                       **PLAINTIFF**

vs.                                                        CIVIL ACTION No.: 3:21-CV-571-HTW-LGI

**JACOB LAW GROUP**                                                                          **DEFENDANT**


## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 6]**. In her Report and Recommendation, filed on February 27, 2024, Magistrate Judge Isaac recommended that: Plaintiff Surf Moore's Complaint be dismissed for lack of jurisdiction; and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.

On March 12, 2024, Plaintiff filed an "Answer [to the] Magistrate Dismissal of Recommendation." [Docket no. 7]. This court views Plaintiff's submission as a timely objection to the Magistrate Judge's Report and Recommendation.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 6]**, this court finds it well-taken. Magistrate Judge Isaac carefully considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. In this court's eye, Plaintiff has failed to allege any factual or legal argument sufficient to reject the Magistrate Judge's recommendations. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

1

IT IS THEREFORE ORDERED THAT the Plaintiff Surf Moore's Motion to Proceed in forma pauperis [Docket no. 2] is hereby DENIED, and Plaintiff's Complaint [Docket no. 1] is hereby **DISMISSED** without prejudice for lack of jurisdiction.

**SO ORDERED this the 22nd day of May, 2024.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**